1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND LEE,<br><br>              Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>              Defendant. | 2:11-CV-1843 JCM (CWH) |

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Carl W. Hoffman (doc. #2) regarding the dismissal of plaintiff's complaint (doc. #1-1).  No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge Carl W. Hoffman (doc. #2) regarding the dismissal of plaintiff's complaint (doc. #1-1) be, and the same hereby is, AFFIRMED in its entirety.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) be, and the same

2  hereby is, DISMISSED with prejudice.

3    DATED March 16, 2012.

_____

**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -